UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY ATKISON and | ) | |
| ROBERT STACY ATKISON, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:05-CV-1507 CAS |
| | ) | |
| STEAK 'N SHAKE OF HAMPTON, INC., | ) | |
| STEAK 'N SHAKE, INC., STEAK 'N | ) | |
| SHAKE OPERATIONS, INC., and | ) | |
| STEAK 'N SHAKE RESTAURANT, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF REMAND

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that this matter is **REMANDED** to the Circuit Court for the City of St. Louis, Missouri, from which it was removed, for lack of subject matter jurisdiction. 28 U.S.C. § 1447(c).

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  25th  day of January, 2006.